UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
WASHINGTON AT TACOMA

| | |
|---|---|
| ANTHONY LYNN COUCH SR,<br><br>              Plaintiff,<br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>              Defendants. | Case No. C22-5659 RSL-TLF<br><br>ORDER GRANTING PLAINITFF'S MOTION FOR EXTENSION OF TIME |

    This matter comes before the Court on plaintiff's motion for extension of time to respond to defendants' motions to dismiss (Dkts. 22, 24). Dkt 26. Defendants have not objected to plaintiff's request. Plaintiff states that he submitted a public records request in November and was told by the Senior Public Records Officer at the Office of the Attorney General that it would take until December 30, 2022, for plaintiff to receive his requested records. Dkt. 26, at 3. Plaintiff states that having those documents is essential for him to respond to defendants' motions to dismiss.

    Given that plaintiff is requesting a limited extension of time of 45 days and has demonstrated good cause in needing such extension, the Court GRANTS plaintiff's motion for extension of time until February 13, 2023 to respond to defendants' motions to dismiss.

Accordingly, it is ORDERED:

(1) Plaintiff's motion (Dkt. 26) is **GRANTED**; he shall have up to and including **February 13, 2023**, to respond to defendants' motions to dismiss. **No further extensions of time will be granted except upon a showing of good cause.**

(2) The Clerk is directed to re-note defendants' motions to dismiss to February 17, 2023.

(3) The Clerk is directed to provide a copy of this order to Plaintiff and counsel for Defendants.

Dated this 3rd day of January, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING PLAINITFF'S MOTION FOR
EXTENSION OF TIME - 2