UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY LYNN COUCH, SR., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON DOC, *et al.*, <br><br> Defendants. | Case No. C22-05659-RSL-TLF <br><br> ORDER ADOPTING REPORT & RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;
2. Plaintiff's claims are dismissed without prejudice; and
3. The Clerk is directed to send a copy of this Order to the parties in this action.

IT IS SO ORDERED.

DATED this 29th day of April, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT &
RECOMMENDATION - 1